IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01635-BNB

RUDY STANKO,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 04 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER OVERRULING OBJECTION

---

This matter is before the Court on the documents titled "Motion for Article Three Judge" and "Objection and Appeal to the Order Isssued [sic] by Magistrate Boland in Favor of an Article III Judge" submitted to the Court *pro se* on September 24, 2007, by Applicant, Rudy Stanko. In the documents, Mr. Stanko objects to Magistrate Judge Boyd N. Boland's September 11, 2007, order construing the claims asserted in the application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 as civil rights claims asserted pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and requiring Applicant either to submit the balance of the $350.00 filing fee, since he already paid the $5.00 filing fee for a habeas corpus action, or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his inmate trust fund account statement as required by 28 U.S.C. § 1915(a)(2) (2006).

The Court will construe the documents liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Mr. Stanko initiated the instant action pursuant to 28 U.S.C. § 2241. However, he appears to be asserting *Bivens* claims because he is challenging the conditions of his confinement. The Court concludes that Magistrate Judge Boland's September 11, 2007, order is neither clearly erroneous nor contrary to law. Therefore, Mr. Stanko's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the documents titled "Motion for Article Three Judge" and "Objection and Appeal to the Order Isssued [sic] by Magistrate Boland in Favor of an Article III Judge" submitted to the Court *pro se* on September 24, 2007, by Applicant, Rudy Stanko, are construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and are overruled. It is

FURTHER ORDERED that Applicant has **thirty (30) days from the date of this order** to comply with the September 11, 2007, order if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Applicant fails to comply with the September 11, 2007, order as directed within the time allowed, the habeas corpus application will be denied, and action will be dismissed without further notice.

DATED at Denver, Colorado, this _3_ day of _Oct_, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-01635-BNB

Rudy Stanko
Reg.  No. 18259-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed the **ORDER** to the above-named individuals on
10\4\07

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk