IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01635-BNB

RUDY STANKO,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Rudy Stanko, is a prisoner in the custody of the United States Bureau of Prisons who was incarcerated at the Federal Correctional Institution (FCI) in Littleton, Colorado, when he initiated the instant action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He paid the $5.00 filing fee for a habeas corpus action. He currently appears to be incarcerated at the FCI in Sandstone, Minnesota.

On September 11, 2007, Magistrate Judge Boyd N. Boland reviewed the application and entered an order finding that Mr. Stanko was asserting civil rights claims pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), challenging the conditions of his confinement rather than habeas corpus claims challenging the execution of his sentence. In the September 11 order, Magistrate Judge Boland ordered Mr. Stanko to complete the appropriate form for filing a civil rights complaint, to name as defendants the individuals who allegedly violated his

rights, and to submit the complaint to this Court within thirty days if he wished to pursue his claims.

In addition, because the Court determined that this action properly is construed as a *Bivens*-type civil rights action, Magistrate Judge Boland informed Mr. Stanko he would be required to pay the $350.00 filing fee pursuant to 28 U.S.C. § 1915 (2006) and ordered him to submit the balance of $345.00 or, if he was unable to pay the entire balance within the time allowed, to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his inmate trust fund account statement as required pursuant to 28 U.S.C. § 1915(a)(2). Magistrate Judge Boland informed Mr. Stanko that if leave to proceed pursuant to § 1915 was granted, he would be allowed to pay the balance of the filing fee in installments pursuant to 28 U.S.C. § 1915(b).

On October 4, 2007, the Court overruled Mr. Stanko's objection to Magistrate Judge Boland's September 11, 2007, order, and allowed him thirty days to comply with the September 11 order if he wished to pursue his claims. The Court informed Mr. Stanko that if he failed to comply with the September 11 order within the time allowed, the habeas corpus application would be denied and the action dismissed without further notice. Because the October 4 order inadvertently was mailed to Mr. Stanko at an improper address, Magistrate Judge Boland on October 25, 2007, granted Mr. Stanko thirty days in which to comply with the September 11 order, and reminded him that if he failed to do so within the time allowed, the instant action would be dismissed.

Mr. Stanko has failed within the time allowed to comply with the September 11, 2007 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that habeas corpus application is denied and the action dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 5 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-01635-BNB

Rudy Stanko
Reg. No. 18259-013
FCI - Sandstone
PO Box 1000
Sandstone, MN 55072

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/10/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk